In the Matter of the Accounting of HECTOR M. HITCHINGS, as Assignee of the Estate of ORLO ATWOOD et al., Composing the Firm of ORLO ATWOOD & SONS.

UNION BANK OF NEW LONDON et al., Appellants; JAMES TALCOTT et al., Respondents.

*Matter of Atwood*, 90 App. Div. 607, affirmed.
(Argued April 24, 1905; decided May 30, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court, in the first judicial department, entered January 27, 1904, which affirmed a decree entered upon an order of Special Term confirming the report of a referee and directing distribution of funds in the hands of the assignee herein.

*Wolcott G. Lane* and *William E. S. Griswold* for appellants.

*Thomas H. Rothwell* for respondents.

Decree affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE McCALL COMPANY, Appellant, *v.* JOHN B. EAGAN, Respondent.

*McCall Co.* v. *Eagan*, 89 App. Div. 330, affirmed.
(Argued April 24, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 1, 1904, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*William A. McQuaid* for appellant.

*William A. Parshall* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.